| | |
|---|---|
| DURIE TANGRI LLP | REED & SCARDINO LLP |
| CLEMENT S. ROBERTS (SBN 209203) | Craig Jepson |
| croberts@durietangri.com | 301 Congress Avenue, Suite 1250 |
| TIMOTHY C. SAULSBURY (SBN 281434) | Austin, TX 78701 |
| tsaulsbury@durietangri.com | Email: cjepson@reedscardino.com |
| 217 Leidesdorff Street | Telephone:   512-474-2449 |
| San Francisco, CA  94111 | Fax:   512-474-2622 |
| Telephone:   415-362-6666 | |
| Facsimile:   415-236-6300 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | BRAIN SENTRY, INC. |
| MAD APPAREL, INC. D/B/A ATHOS WORKS, INC. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAD APPAREL, INC. D/B/A ATHOS WORKS, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRAIN SENTRY, INC.,<br><br>                    Defendant. | Case No. 5:15-cv-01100-PSG<br><br>**JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT**<br><br>Ctrm:   5 - 4th Floor<br>Judge:   Honorable Paul Singh Grewal |

Plaintiff Mad Apparel, Inc. d/b/a Athos Works, Inc. and Defendant Brain Sentry, Inc. ("the Parties") request that the Court suspend all deadlines pending implementation of a signed settlement agreement reached by the Parties which disposes of all claims and counterclaims. The Parties anticipate filing dismissal papers within 20 days.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 23, 2015
Date

*/s/ Paul S. Grewal*
Magistrate Judge Paul Singh Grewal

Dated: June 22, 2015

Respectfully submitted,

*/s/ Craig Jepson*
Craig Jepson
Reed & Scardino LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Ph: 512-474-2449
Email: cjepson@reedscardino.com

Attorneys for Defendant
Brain Sentry, Inc.

Dated: June 22, 2015

*/s/ Timothy C. Saulsbury*
Clement S. Roberts
Timothy C. Saulsbury
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Ph: 415-362-6666
Email: croberts@durietangri.com
Email: tsaulsbury@durietangri.com

Attorneys for Plaintiff
Mad Apparel, Inc. d/b/a Athos Works, Inc.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this JOINT STIPULATION EXTENDING DEADLINES.

Dated:  June 22, 2015                                       */s/ Timothy C. Saulsbury*
                                                                            TIMOTHY C. SAULSBURY

2
JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT
CASE NO. 5:15-CV-01100-PSG

**CERTIFICATE OF SERVICE**

I, Timothy C. Saulsbury, hereby certify that on June 22, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Timothy C. Saulsbury*
TIMOTHY C. SAULSBURY